# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JIM FITZGERALD, derivatively on behalf of COOPER TIRE & RUBBER COMPANY,<br><br>               Plaintiff,<br>    v.<br><br>ROY ARMES, BRADLEY HUGHES, R.W. HUBER, THOMAS P. CAPO, STEVEN M. CHAPMAN, JOHN J. HOLLAND, JOHN F. MEIER, CYNTHIA A. NIEKAMP, JOHN H. SHUEY, RICHARD L. WAMBOLD and ROBERT D. WELDING,<br>               Defendants,<br>    and<br><br>COOPER TIRE & RUBBER COMPANY,<br><br>               Nominal Defendant. | C.A. No. 1:14-cv-00479-RGA<br><br>Consolidated Case<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41** |

PLEASE TAKE NOTICE THAT Plaintiffs David Bui, Zwang Family Trust, and Jim Fitzgerald ("Plaintiffs") hereby serve this notice of voluntary dismissal of the above-captioned consolidated action (the "Action") without prejudice pursuant to Fed. R. Civ. P. Rule 41 (a)(I)(A)(i). No defendant has served an answer or motion for summary judgment in the Action.

Dated: November 30, 2016          **RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com
*Liaison Counsel for Plaintiffs*

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS
GEORGE C. AGUILAR
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
jrazzouk@robbinsarroyo.com

**MORGAN & MORGAN, P.C.**
PETER SAFIRSTEIN
28 W. 44th Street, Suite 2001
New York, NY 10036
Telephone: (212) 561-1637
psafirstein@morgansecuritieslaw.com
rsachar@morgansecuritieslaw.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2016, the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP Rule 41 was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system.  Notice of this filing will be sent to all parties by operation of the CM/ECF system.  Parties may access this filing through the CM/ECF system.

                                                                  */s/ Brian D. Long*
                                                                  Brian D. Long (#4347)
                                                                  RIGRODSKY & LONG, P.A.
                                                                  2 Righter Parkway, Suite 120
                                                                  Wilmington, DE 19803
                                                                  Telephone: (302) 295-5310
                                                                  Facsimile: (302) 654-7530
                                                                  Email: bdl@rl-legal.com

                                                                  *Liaison Counsel for Plaintiffs*